UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FNU SHAFIULLAH,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT,<br><br>Respondent. | CASE NO. 2:26-cv-02510-JNW<br><br>ORDER TO SHOW CAUSE |

On July 13, 2026, Petitioner FNU Shafiullah filed a Motion to Appoint Counsel, Dkt. No. 4. The Clerk of Court sent a letter to Shafiullah listing two deficiencies: (1) Shafiullah did not pay the filing fee or submit an application to proceed In Forma Pauperis (IFP); and (2) he did not submit a Petition for Writ of Habeas Corpus. Shafiullah was given until August 17, 2026, to correct these deficiencies. Shafiullah paid the filing fee, but he did not provide a Petition for Writ of Habeas Corpus. Instead, he provided his ICE Health Service Corps dental and medical history. Dkt. No. 5.

The Court includes with this Order, Immigration Habeas Petition forms to be completed and signed by Shafiullah. The Court ORDERS Shafiullah to provide a

Petition for Writ of Habeas Corpus within TWENTY-ONE (21) DAYS of this order. Failure to respond will result in dismissal of Shafiullah's case without prejudice. The Court directs the Clerk to note this deadline on the Court's calendar.

The Court also directs the Clerk to correct the case name and docket to show Petitioner's first name as FNU and his last name as Shafiullah.

Dated this 19th day of August, 2026.

Jamal N. Whitehead
United States District Judge