UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAFIULLAH FNU,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT,<br><br>Respondents. | CASE NO. 2:26-cv-02510-JNW<br><br>ORDER |

This matter comes before the Court on Petitioner Shafiullah FNU's motion to enforce the Court's prior order granting habeas corpus relief filed on November 23, 2026. Dkt. No. 21. This case is closed. If Petitioner wishes to raise new issues not presented in his original petition, he must file a new petition for a writ of habeas corpus.

Dated this 24th day of November, 2026.

Jamal N. Whitehead
United States District Judge